UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for PNC Bank, National Association
R.A. LEBRON, ESQ.
PN103
bankruptcy@fskslaw.com

In Re:

WILLIAM F. HERTZKE, JR.
and KAREN HERTZKE

 Debtor(s).

Case No.: 23-10104 MBK

Chapter: 13

Judge: Honorable Michael B. Kaplan, Chief Judge

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC Bank, National Association. This party is a party in interest in this case pursuant to a mortgage dated June 15, 2006 and recorded in the Office of the MONMOUTH County Clerk/Register on August 22, 2006 in Mortgage Book 8587, Page 6100, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
            Counsellors at Law
            7 Century Drive - Suite 201
            Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for PNC Bank, National Association

Dated: January 17, 2023          By: /s/ R.A. Lebron, Esq.
                                     R.A. LEBRON, ESQ.

Case No.: 23-10104 MBK