| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: 23-10104 MBK<br><br>Chapter:     13<br><br>Hearing Date: 03/08/2023 |
| In Re:<br>William Hertzke<br>Karen Hertzke | Judge: MBK |

## CERTIFICATION OF SERVICE

1. I, Aubrey Domico:

    _____ represent the debtor in the above captioned matter.

    __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

    _____ Am the _____ in the above captioned matter and am representing myself.

2. On __02/06/2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: _Filed Chapter 13 Plan_.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated: 02/06/2023                                                              /s/ Aubrey Domico

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650<br>United States | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br>PNC Mortgage,<br>Attn: Bankruptcy,<br>Po Box 8819,<br>Dayton, OH 45401<br><br>Attn: President, Registered Agent or person designated to receive service of process<br>Midland Mortgage Co,<br>Attn: Customer Service/Bankruptcy,<br>Po Box 26648,<br>Oklahoma City, OK 73216 | Creditor | __ Hand delivered<br>__ Regular mail<br> X  Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.