| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 23-10104 / MBK**

William F. Hertzke, Jr.
Karen Hertzke

Petition Filed Date: 01/05/2023
341 Hearing Date: 02/02/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/02/2023 | $300.00 | 90302740 | | | | | | |

**Total Receipts for the Period: $300.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | William F. Hertzke, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | NAT'L COLLEGIATE STUDENT LOAN TRUST 2007- | Unsecured Creditors | $6,175.08 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq. | Attorney Fees | $4,100.00 | $0.00 | $4,100.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 2 | GLOBAL LENDING SERVICES, LLC.<br>»»  2013 KIA SORENTO | Debt Secured by Vehicle | $660.14 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2022 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | MIDFIRST BANK<br>»»  P/10 PACIFIC TERRACE/1ST MTG | Mortgage Arrears | $63,860.97 | $0.00 | $0.00 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $694.69 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10104 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $300.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $150.00 |
| Paid to Trustee: | $21.60 | Arrearages: | $0.00 |
| Funds on Hand: | $278.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

