UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF LEE M. PERLMAN
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
William Hertzke
Karen Hertzke

Case No.: 23-10104 MBK
Chapter: 13
Judge: MBK

Recommended Local Form:    __X__ Followed    _____ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C.§1325(a)(8) and (9)

William Hertzke and Karen Hertzke, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied to compliance with the Confirmation Hearing date on **05/10/2023**.

2. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named debtor(s) has/have filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. §1308.

4. If the confirmation hearing date stated in paragraph 1 is adjourned for any reason, and updated certification will be filed with the court prior to any subsequent confirmation hearing date in the event any of the information contained in this certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 04/13/2023                    /s/ William Hertzke
                                     William Hertzke

Dated: 04/13/2023                    /s/ Karen Hertzke
                                     Karen Hertzke