Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 23−10104−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   William F. Hertzke Jr.                                   Karen Hertzke
   10 Pacific Terrace                                         10 Pacific Terrace
   Hazlet, NJ 07730                                          Hazlet, NJ 07730

Social Security No.:
   xxx−xx−5823                                                  xxx−xx−8432

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/22/23 at 09:00 AM

to consider and act upon the following:

*29* – Motion for Relief from Stay re: re: 10 Pacific Terrace, Hazlet NJ 07730. Fee Amount $ 188. Filed by Denise E. Carlon on behalf of MIDFIRST BANK. Hearing scheduled for 11/8/2023 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Proposed Order # 3 Exhibit Exhibit A Note # 4 Exhibit Exhibit B Mortgage # 5 Exhibit Exhibit C AOM # 6 Exhibit Exhibit D PPPH Affidavit # 7 Certificate of Service) (Carlon, Denise)

Dated: 10/20/23

                                                             Jeanne Naughton
                                                             Clerk, U.S. Bankruptcy Court