IN THE UNITED STATES BANKRUPTCY COURT
FOR THE District of New Jersey
TRENTON DIVISION

IN RE: WILLIAM F HERTZKE

CASE NO. 3-23-BK-10104

CLAIM: 1

**NOTICE OF CHANGE OF ADDRESS BY A CREDITOR**

COMES NOW, National Collegiate Student Loan Trust 2007-1
hereby request the Trustee payment address on its claim for the
above mentioned case be changed from the following address:

**National Collegiate Student Loan Trust 2007-1**
**Transworld Systems Inc**
**PO BOX 96525**
**CHARLOTTE NC 282960525**

To the new address below:

**National Collegiate Student Loan Trust 2007-1**
**Transworld Systems Inc**
**PO Box 17116**
**Wilmington DE 19850**

This address change pertains to Trustee payments for this claim filed by the Creditor.

/s/ Lestellia Joyner					Date: 11/21/2023
Lestellia Joyner
Telephone: (800) 209-9161