| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-10104 / MBK**

William F. Hertzke, Jr.

Karen Hertzke

Petition Filed Date: 01/05/2023

341 Hearing Date: 02/02/2023

Confirmation Date: 05/10/2023

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/02/2023 | $300.00 | 90302740 | 04/04/2023 | $150.00 | 90937940 | 05/01/2023 | $150.00 | 91413780 |
| 06/02/2023 | $150.00 | 92019470 | 07/03/2023 | $150.00 | 92547300 | 08/02/2023 | $2,374.00 | 93083010 |
| 09/05/2023 | $2,374.00 | 93624720 | 10/03/2023 | $2,374.00 | 94120180 | 12/04/2023 | $2,374.00 | 95140970 |

**Total Receipts for the Period:  $10,396.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,396.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | William F. Hertzke, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1 | Unsecured Creditors | $6,175.08 | $0.00 | $6,175.08 |
| 0 | Lee M. Perlman, Esq. »» ATTY DISCLOSURE | Attorney Fees | $4,100.00 | $4,100.00 | $0.00 |
| 2 | GLOBAL LENDING SERVICES, LLC. »» 2013 KIA SORENTO | Debt Secured by Vehicle | $660.14 | $19.89 | $640.25 |
| 3 | INTERNAL REVENUE SERVICE »» 2022/AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MIDFIRST BANK »» P/10 PACIFIC TERRACE/1ST MTG | Mortgage Arrears | $62,605.69 | $1,886.03 | $60,719.66 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $694.69 | $0.00 | $694.69 |
| 6 | PNC Bank, N.A. »» P/10 PACIFIC TERRACE/2ND MTG | Mortgage Arrears | $46,883.05 | $1,412.38 | $45,470.67 |
| 7 | MIDFIRST BANK »» 10 PACIFIC TERRACE/ATTY FEES 12/6/23 | Mortgage Arrears | $538.00 | $0.00 | $538.00 |
| 0 | Lee M. Perlman, Esq. »» ORDER 12/15/23 | Attorney Fees | $477.00 | $0.00 | $477.00 |

**Chapter 13 Case No. 23-10104 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,396.00 | Plan Balance: | $119,828.00 ** |
| Paid to Claims: | $7,418.30 | Current Monthly Payment: | $2,385.00 |
| Paid to Trustee: | $800.74 | Arrearages: | $4,759.00 |
| Funds on Hand: | $2,176.96 | Total Plan Base: | $130,224.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**