UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

| | |
|---|---|
| Case No.: | 23-10104 MBK |
| Chapter: | 13 |
| Hearing Date: | 02/14/2024 |
| Judge: | Kaplan |

In Re:

    William Hertzke
    Karen Hertzke

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [X] Motion for Relief from the Automatic Stay filed by _____PNC Bank_____,
creditor,
A hearing has been scheduled for _____02/14/2024_____, at ___9:00 am_____.

[ ] Motion to Dismiss filed by the Chapter 13 Trustee.
A hearing has been scheduled for _____, at _____.

[ ] Certification of Default filed by _____.
I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

[ ] Payments have been made in the amount of $_____, but have not been
accounted for.  Documentation in support is attached.

[ ] Payments have not been made for the following reasons and debtor proposes
repayment as follows (explain your answer):

[X] Other (explain your answer):

        We are waiting on pension money William is owed. We would like to request a
payment plan for the arrears.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date:  02/06/2024                     /s/ William Hertzke

                                                   William Hertzke

Date:  02/06/2024                     /s/ Karen Hertzke

                                                   Karen Hertzke