| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>6 Campus Drive, Suite 304<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>PNC Bank, National Association<br>R.A. LEBRON, ESQ.<br>PN103<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>WILLIAM F. HERTZKE, JR. and KAREN HERTZKE<br><br>    Debtor(s). | Case No.:  23-10104 MBK<br><br>Chapter:   13<br><br>Hearing Date: April 10, 2024<br><br>Judge: HONORABLE MICHAEL B. KAPLAN, CHIEF JUDGE |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled.    ☐ Withdrawn.

Matter: <u>Notice of Motion to Vacate Stay re: 10 PACIFIC TERRACE, HAZLET, NJ 07730 filed on 01/23/2024 under document #40.</u>

Date: April 15, 2024            /S/ R.A. LEBRON, ESQ.
                                R.A. Lebron, Esq.