UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
PNC Bank, National Association
R.A. LEBRON, ESQ.
PN103
bankruptcy@fskslaw.com

| In Re: | Case No.: 23-10104 MBK |
|---|---|
| WILLIAM F. HERTZKE, JR. and KAREN HERTZKE | Chapter: 13 |
| | Adv. No.: |
| Debtor(s). | Hearing Date: April 10, 2024 |
| | Judge: HONORABLE MICHAEL B. KAPLAN, CHIEF JUDGE |

**CERTIFICATION OF SERVICE**

1. I, Kelly Mastandrea:

   ☐ represent the _____ in this matter.

   ☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On April 15, 2024, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LEE MARTIN PERLMAN<br>LEE M. PERLMAN<br>1926 GREENTREE ROAD<br>SUITE 100<br>CHERRY HILL, NJ 08003 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| ALBERT RUSSO<br>STANDING CHAPTER 13 TRUSTEE<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>Email</u><br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |
| WILLIAM F. HERTZKE, JR.<br>KAREN HERTZKE<br>10 PACIFIC TERRACE<br>HAZLET, NJ 07730 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 15, 2024          /S/ KELLY MASTANDREA
                               Kelly Mastandrea