| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: <u>23-10104 MBK</u><br><br>Chapter: <u>     13          </u><br><br>Hearing Date:_____ |
| In Re:<br>William Hertzke<br>Karen Hertzke | Judge: <u>Kaplan        </u> |

## CERTIFICATION OF SERVICE

1. I, Michael Saie:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for <u>   Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On <u>   4/29/2024         </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>Chapter 13 Modified Plan         </u>
   <u>                                                                                                                          </u>.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated:<u>       4/29/2024         </u>                                      <u>   /s/ Michael Saie   </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648<br><br>PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101<br><br>PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401<br><br>Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607<br><br>MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051<br><br>U.S. Department of Housing and Urban Development<br>451 7th Street S.W.,<br>Washington, DC 20410 | Creditor(s) | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.