Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10104−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   William F. Hertzke Jr.                        Karen Hertzke
   10 Pacific Terrace                            10 Pacific Terrace
   Hazlet, NJ 07730                           Hazlet, NJ 07730

Social Security No.:
   xxx−xx−5823                                  xxx−xx−8432

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/24/24 at 09:00 AM

to consider and act upon the following:

**56** − Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 07/10/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 7/10/24

                                                           Jeanne Naughton
                                                           Clerk, U.S. Bankruptcy Court