UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
    William Hertzke
    Karen Hertzke

Case No.:       23-10104 MBK
Chapter:         13
Hearing Date:  [Hearing Date]
Judge:

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [ ] Motion for Relief from the Automatic Stay filed by _____, creditor,
   A hearing has been scheduled for _____, at _____.

   [ ] Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   [X] Certification of Default filed by  Albert Russo .
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   [ ] Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   [X] Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   Our estranged son robbed us of $6,000 this past summer while in town. This made keeping up with minimal expenses and payments to the trustee difficult. We are proposing to pay $3,000.00 on 11/13/24 and then two (2) additional payments of $2,500.00 in December 2024 along with filing a modified plan to include the sale of our property.

   [ ] Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.


Date:  11/06/24                           /s/ William Hertzke
                                          Debtor's Signature


Date:  11/06/24                           /s/ Karen Hertzke
                                          Joint-Debtor's Signature