UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
William Hertzke
Karen Hertzke

Case No.: 23-10104 MBK

Chapter: 13

Hearing Date: 1/29/2025

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for __Lee M. Perlman__, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On __12/31/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Modified Chapter 13 Plan.

3. I hereby certify under penalty of perjury that the above-listed documents were sent using the mode of service indicated.

Dated: 12/31/2024                                            /s/ Nicholas Ralston

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>MidFirst Bank<br>999NorthWest Grand Boulevard<br>Oklahoma City, OK 73118<br><br>Midland Mortgage Co<br>Attn: Customer Service/Bankruptcy<br>P.O. Box 26648<br>Oklahoma City, OK 73216<br><br>PNC Mortgage<br>Attn: Bankruptcy<br>P.O. Box 8819<br>Dayton, OH 45401<br><br>Global Lending Services, LLC<br>Attn: Bankruptcy<br>P.O. Box 10437<br>Greenville, SC 29603<br><br>Housing and Urban Development<br>451 Seventh St SW<br>Washington, DC 20410 | Creditor | __ Hand delivered<br> X   Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.