| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 23-10104 / MBK

William F. Hertzke, Jr.
Karen Hertzke

Petition Filed Date: 01/05/2023
341 Hearing Date: 02/02/2023
Confirmation Date: 05/10/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/15/2024 | $2,385.00 | 96347930 | 03/14/2024 | $2,385.00 | 96834970 | 04/17/2024 | $2,385.00 | 97393480 |
| 05/22/2024 | $2,385.00 | 97945070 | 06/04/2024 | $23,400.00 | 4256038 | 07/10/2024 | $2,498.00 | 98750460 |
| 11/14/2024 | $2,498.00 | 10073071 | | | | | | |

**Total Receipts for the Period: $37,936.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $48,332.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | William F. Hertzke, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1 | Unsecured Creditors | $6,175.08 | $0.00 | $6,175.08 |
| 0 | Lee M. Perlman, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $4,100.00 | $4,100.00 | $0.00 |
| 2 | GLOBAL LENDING SERVICES, LLC. <br> »» 2013 KIA SORENTO | Debt Secured by Vehicle | $660.14 | $217.04 | $443.10 |
| 3 | INTERNAL REVENUE SERVICE <br> »» 2022/AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MIDFIRST BANK <br> »» P/10 PACIFIC TERRACE/1ST MTG/SV 12/20/24 | Mortgage Arrears <br> Hold Funds: Stay Vacated | $62,605.69 | $19,438.58 | $43,167.11 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $694.69 | $0.00 | $694.69 |
| 6 | PNC Bank, N.A. <br> »» P/10 PACIFIC TERRACE/2ND MTG | Mortgage Arrears | $46,883.05 | $15,413.29 | $31,469.76 |
| 7 | MIDFIRST BANK <br> »» 10 PACIFIC TERRACE/ATTY FEES 12/6/23/SV 12/20/24 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Lee M. Perlman, Esq. <br> »» ORDER 12/15/23 | Attorney Fees | $477.00 | $477.00 | $0.00 |
| 8 | PNC Bank, N.A. <br> »» 10 PACIFIC TERRACE/PP ARREARS 4/23/24 | Mortgage Arrears | $14,063.84 | $4,015.41 | $10,048.43 |
| 9 | MIDFIRST BANK <br> »» 10 PACIFIC TERRACE/ATTY FEES 7/31/24/SV 12/20/24 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

**Chapter 13 Case No. 23-10104 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $48,332.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $44,399.32 | Current Monthly Payment: | $2,498.00 |
| Paid to Trustee: | $2,789.01 | Arrearages: | $12,603.00 |
| Funds on Hand: | $1,143.67 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

