**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 23-10104 MBK |
| William Hertzke | Chapter: | 13 |
| Karen Hertzke | Judge: | Kaplan |

**NOTICE OF PROPOSED PRIVATE SALE**

William Hertzke and Karen Hertzke, debtor(s) in the captioned bankruptcy case, propose to sell property of the estate to the persons, and on the terms, set forth below. If you object to the sale, you mist file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | 401 Market Street<br>Camden, NJ  08102 |

If an objection is filed, a hearing will be held before the Honorable Kaplan on TBD, at TBD, at Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom #8
Trenton, NJ 08608.

If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 10 Pacific Terrace, Hazlet NJ 07730 |

| Proposed purchaser: | Shelly Zou |

| Sale price: | $445,000.00 |

___X___    Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below:

| Name of Professional: | Donna L Markowitz |
| Amount to be paid: | 2.5% or $11,125.00 |
| Services rendered: | Assistance with sale of real property |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:       Law Offices of Lee M. Perlman
Address:    1926 Greentree Road, Suite 100, Cherry Hill, NJ 08003
Phone:      (856) 751-4224