| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:     23-10104 MBK<br>Chapter:     13 |
| In Re:<br>     William Hertzke<br>     Karen Hertzke | Judge:     Kaplan |

## WITHDRAWAL OF DOCUMENT

William Hertzke and Karen Hertzke, debtor(s) in the captioned bankruptcy case, hereby withdraw(s) the following document:

| | |
|---|---|
| Document Name: | Certificate of Service |
| Date Filed: | 01/30/2025 |
| # on Docket: | 86 |

LAW OFFICES OF LEE M. PERLMAN<br>
Attorneys for Debtor(s)

01/31/2025                                      By:    /s/ Lee M. Perlman
Date                                                          Lee M. Perlman, Esquire