| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.: <u>23-10104 MBK</u><br><br>Chapter: <u>     13     </u><br><br>Hearing Date: <u> 02/11/2025 </u> |
| In Re:<br>William Hertzke<br>Karen Hertzke | Judge: <u>   Mark E. Hall     </u> |

## AMENDED CERTIFICATION OF SERVICE

1. I, M.J. Ramey:

   <u>      </u> represent the debtor in the above captioned matter.

   <u>   X   </u> am the secretary / paralegal for <u>   Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

   <u>      </u> Am the <u>                        </u> in the above captioned matter and am representing myself.

2. On <u>   01/31/2025    </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>    motion to sell 10 Pacific Terrace, notice of proposed private sale, order shortening time </u>.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.


Dated: <u> 01/31/2025 </u>            <u>    /s/ M.J. Ramey      </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>National Collegiate Student Loan<br>Transworld Systems Inc.<br>PO Box 17116<br>Wilmington, DE 19850<br><br>Global Lending Services LLC<br>1200 Brookfield Blvd Ste 300<br>Greenville, South Carolina 29607<br><br>MidFirst Bank<br>999 North West Grand Boulevard<br>Oklahoma City, OK 73118<br><br>Verizon<br>By American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><br>PNC Bank, National Association<br>P.O. Box 94982<br>Cleveland, OH 44101<br><br>Denise Carlon, Esquire<br>KML Law Group P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br><br>R.A. Lebron, Esquire<br>Fein, Such, Kahn & Shepard, P.C.<br>Counsellors at Law<br>7 Century Drive – Suite 201<br>Parsippany, New Jersey 07054 | Creditor(s) | __ Hand delivered<br>__ Regular mail<br>__ Certified mail/RR<br> x  E-mail<br>__ Notice of Electronic Filing (NEF)<br> x  Other  overnight mail authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

|  |  |  |
|--|--|--|
|  |  |  |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.