| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>dcarlon@kmllawgroup.com<br>Attorney for: MidFirst Bank | Order Filed on February 6, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>William F. Hertzke Jr.<br>Karen Hertzke<br>　　　Debtors. | Case No:      23-10104 MBK<br><br>Chapter: 13<br><br>Judge:  Michael B. Kaplan |

### CONSENT ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 6, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:     William F. Hertzke, Jr. & Karen Hertzke
Case No.:   23-10104 MBK
Caption:    **CONSENT ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, upon a consent order to vacate the automatic stay as to a 10 Pacific Terrace, Hazlet, NJ, 07730, and with the consent of Lee Martin Perlman, Esq., counsel for the Debtors,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 10 Pacific Terrace, Hazlet, NJ, 07730 is hereby temporarily reimposed ; and

It is further **ORDERED, ADJUDGED** and **DECREED** that property is to be sold no later than April 15, 2025; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the Stay automatically terminates effective April 15, 2025

I hereby agree and consent to the above terms and conditions:     Dated:   1/22/2025

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:     Dated:   2/4/2025

/s/ Lee M. Perlman
Lee Martin Perlman, ESQ., ATTORNEY FOR DEBTOR