UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
    William F. Hertzke, Jr.
    Karen Hertzke

Order Filed on February 13, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     23-10104 MBK
Chapter:      13
Judge:        Michael B. Kaplan

## ORDER AUTHORIZING SALE OF REAL PROPERTY

Recommended Local Form:     _X_  Followed       __ Modified

The relief set forth on the following page(s), numbered two (2) through three (3), is hereby **ORDERED**

DATED: February 13, 2025

Honorable Mark E. Hall
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as <u>10 Pacific Terrace, Hazlet</u>, New Jersey (the Real Property)

IT IS hereby ORDERED as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C §§363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the Real Property unless the liens are otherwise avoided by court order. Until such satisfaction the Real Property is not free and clear of liens.

3. __X__ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore, the following professional(s) may be paid at closing:

> Name of professional: Donna Markowitz
>
> Amount to be paid: 2.5% or $11,125.00
>
> Services rendered: assistance with sale of real estate

**OR**: _____ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $__n/a___ claimed as exempt may be paid to the Debtor.

6. The ___ balance of proceeds or the _x_ balance due on the Debtor's Chapter 13 Plan must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ___ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

    a. The sum of $1,800 shall be escrowed for the payment of attorney's fees to the Law Offices of Lee M. Perlman; such fees shall be paid upon the entry of an order awarding supplemental fees;
    b. The 14 day stay pursuant to Rule 6004 is hereby waived.
    c. Secured creditor PNC Bank, N.A. shall be paid in full at closing pursuant to a payoff statement generated through the date of tender.
    d. The sale of the subject property must be completed on or before April 15, 2025.
    e. The sale shall not be a short sale.