UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (Trenton)

| IN RE: <br><br>WILLIAM F. HERTZKE, JR. and KAREN HERTZKE <br><br>Debtor(s) | Case No.: 23-10104 MBK <br><br>Chief Judge Michael B. Kaplan <br><br>Chapter: 13 |
|---|---|

**CERTIFICATE OF SERVICE OF**
**ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

    I, the undersigned, hereby verify that on February 24, 2025, a true and correct copy of the Order Resolving Objection to Confirmation of Plan was electronically served upon the following using the Court's CM/ECF system:

Debtors' Attorney:  LEE MARTIN PERLMAN
Trustee:  ALBERT RUSSO
Office of the United States Trustee

    Further, I certify that, on February 24, 2025, a true and correct copy of the Order Resolving Objection to Confirmation of Plan was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

***Debtor(s):***

WILLIAM F. HERTZKE, JR.
KAREN HERTZKE
10 PACIFIC TERRACE
HAZLET, NJ 07730

***Debtors' Attorney:***

LEE MARTIN PERLMAN
LEE M. PERLMAN
1926 GREENTREE ROAD
SUITE 100
CHERRY HILL, NJ 08003

***U.S. TRUSTEE:***

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                                By:*/S/ Kelly Mastandrea*
                                                  Paralegal
                                                  PNC BANK, NATIONAL ASSOCIATION
                                                  FEIN, SUCH, KAHN & SHEPARD, P.C.
                                                  6 CAMPUS DRIVE, SUITE 304
                                                  PARSIPPANY, NEW JERSEY 07054
                                                  (973)538-4700