| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>6 Campus Drive, Suite 304<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>PNC Bank, National Association<br>R.A. LEBRON, ESQ.<br>PN103<br>bankruptcy@fskslaw.com | **Order Filed on March 4, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>WILLIAM F. HERTZKE, JR. and<br>KAREN HERTZKE<br><br>    Debtor(s). | Case No.: 23-10104 MBK<br><br>Adv. No.:<br><br>Hearing Date: February 19, 2025<br><br>Judge: HONORABLE MICHAEL B. KAPLAN, CHIEF JUDGE |

**ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: March 4, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor(s): WILLIAM F. HERTZKE, JR. and KAREN HERTZKE
Case No: 23-10104 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

---

Upon the Objection of Fein, Such, Kahn & Shepard, P.C., Attorneys for the Secured Creditor, PNC Bank, National Association, as to certain real property known as <u>10 PACIFIC TERRACE, HAZLET, NJ 07730</u> as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. A sale or refinance, including court approval, shall be completed by 04/15/2025.

2. The Debtor(s) shall maintain regular monthly mortgage payments commencing with the first payment due after the date of bankruptcy filing pending the sale or refinance.

3. The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage, and applicable federal and state law.

4. In the event a sale or refinance is not completed by the deadline, Secured Creditor may file a Certification of Default to obtain relief from the automatic stay.

5. This order shall be incorporated in and become a part of any order confirming plan in the herein matter.