| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>6 Campus Drive, Suite 304<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>PNC Bank, National Association<br>R.A. LEBRON, ESQ.<br>PN103<br>bankruptcy@fskslaw.com | **Order Filed on March 4, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>WILLIAM F. HERTZKE, JR. and<br>KAREN HERTZKE<br><br>    Debtor(s). | Case No.:  23-10104 MBK<br><br>Adv. No.:<br><br>Hearing Date: February 19, 2025<br><br>Judge:  HONORABLE MICHAEL B. KAPLAN, CHIEF JUDGE |

**ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: March 4, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor(s): WILLIAM F. HERTZKE, JR. and KAREN HERTZKE
Case No: 23-10104 MBK
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

---

Upon the Objection of Fein, Such, Kahn & Shepard, P.C., Attorneys for the Secured Creditor, PNC Bank, National Association, as to certain real property known as <u>10 PACIFIC TERRACE, HAZLET, NJ 07730</u> as set forth in the papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. A sale or refinance, including court approval, shall be completed by 04/15/2025.

2. The Debtor(s) shall maintain regular monthly mortgage payments commencing with the first payment due after the date of bankruptcy filing pending the sale or refinance.

3. The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage, and applicable federal and state law.

4. In the event a sale or refinance is not completed by the deadline, Secured Creditor may file a Certification of Default to obtain relief from the automatic stay.

5. This order shall be incorporated in and become a part of any order confirming plan in the herein matter.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10104-MBK |
| William F. Hertzke, Jr. | Chapter 13 |
| Karen Hertzke | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F. Hertzke, Jr., Karen Hertzke, 10 Pacific Terrace, Hazlet, NJ 07730-2145 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Karen Hertzke ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor William F. Hertzke  Jr. ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6