Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10104−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   William F. Hertzke Jr.                    Karen Hertzke
   10 Pacific Terrace                        10 Pacific Terrace
   Hazlet, NJ 07730                          Hazlet, NJ 07730

Social Security No.:
   xxx−xx−5823                               xxx−xx−8432

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       4/23/25
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Lee Martin Perlman, Debtor's Attorney

COMMISSION OR FEES
$4365.00

EXPENSES
$263.36

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 26, 2025
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-10104-MBK
William F. Hertzke, Jr.  Chapter 13
Karen Hertzke
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Mar 26, 2025  Form ID: 137  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F. Hertzke, Jr., Karen Hertzke, 10 Pacific Terrace, Hazlet, NJ 07730-2145 |
| r | + | Donna Markowitz, Imperial Realty Properties, 43 Main Street, Keyport, NJ 07735-1213 |
| 519805836 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519805827 | + | Email/Text: bncnotifications@pheaa.org | Mar 26 2025 20:53:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519805828 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 26 2025 20:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519805829 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Mar 26 2025 20:53:00 | Fein, Such, Kahn & Shepard, PC, 7 Century Dr, Ste 201, Parsippany, NJ 07054-4609 |
| 519805830 | | Email/Text: bankruptcy@glsllc.com | Mar 26 2025 20:52:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 519828592 | | Email/Text: bankruptcy@glsllc.com | Mar 26 2025 20:52:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 519805831 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2025 20:53:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519805832 | ^ | MEBN | Mar 26 2025 20:52:01 | KML Law Group, PC, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |
| 519805834 | | Email/Text: Bankruptcy@mjrf.com | Mar 26 2025 20:53:00 | Mullooly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Tpke, Ste 220, Syosset, NY 11791 |
| 519844312 | + | Email/Text: bkmail@midfirst.com | Mar 26 2025 20:53:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519805833 | + | Email/Text: bkmail@midfirst.com | Mar 26 2025 20:53:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519819803 | + | Email/Text: TSIBNCBOX4275@tsico.com | Mar 26 2025 20:53:00 | National Collegiate Student Loan Trust 2007-1, |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 2 |
| Date Rcvd: Mar 26, 2025 | Form ID: 137 | | Total Noticed: 20 |

| | | | |
|---|---|---|---|
| | | | Transworld Systems Inc., PO Box 17116, Wilmington, DE 19850-7116 |
| 519853980 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 20:53:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 519805835 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2025 20:53:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519806529 | ^ MEBN | Mar 26 2025 20:54:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519852032 | + Email/PDF: ebn_ais@aisinfo.com | Mar 26 2025 21:09:27 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

**Name**           **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Lee Martin Perlman
on behalf of Joint Debtor Karen Hertzke ecf@newjerseybankruptcy.com  mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
on behalf of Debtor William F. Hertzke  Jr. ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

R. A. Lebron
on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6