| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Law Offices of Lee M. Perlman<br>Lee M. Perlman, Esquire<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ 08003<br>(856) 751-4224 | Order Filed on April 23, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>William Hertzke Jr.<br>Karen Hertzke | Case No.: 23-10104 MBK<br>Chapter: 13<br>Judge: Kaplan |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 23, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Lee M. Perlman, Esquire _____, the applicant, is allowed a fee of $ _____ 4,365.00 _____ for services rendered and expenses in the amount of $ _____ 263.36 _____ for a total of $ _____ 4,628.36 _____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*