| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>(856) 751-4224 | |
| In RE:<br><br>William Hertzke | Case No.: 23-10104 MBK<br><br>Judge: MBK<br><br>Chapter 13 |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____William Hertzke_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations.

   ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  5/22/2025                          /s/ William Hertzke
                                          Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**