| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:   23-10104 MBK<br>Chapter:    13<br>Judge:       Kaplan |
| In Re:<br>       William Hertzke<br>       Karen Hertzke | |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.   NOTE: A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their schedules may also use this form.

Party's name/type:           William & Karen Hertzke, (Debtors)
(Example: John Smith, creditor)

      Old address:                10 Pacific Terrace

                                     Hazlet, NJ 07730


      New address:               410 Bayview Ave

                                     Union Beach, NJ 07735


     New phone no:_____
     (if debtor is filing and their phone number has changed)


 ∗  Check here if you are a debtor or a joint debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number: _____

   Joint debtor's DeBN account number: _____

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the trustee and any affected party of my change of address.

   5/22/2025                                                   /s/ William Hertzke
Date                                                     William Hertzke

   5/22/2025                                                   /s/ Karen Hertzke
Date                                                     Karen Hertzke