Form clsnodsc – ntcclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23–10104–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William F. Hertzke Jr.                     Karen Hertzke
410 Bayview Ave                            410 Bayview Ave
Union Beach, NJ 07735                      Union Beach, NJ 07735

Social Security No.:
    xxx–xx–5823                            xxx–xx–8432

Employer's Tax I.D. No.:

**NOTICE OF DEFICIENCY CONCERNING DISCHARGE**

You are hereby notified that the above–named case will be closed without entry of discharge on or after August 1, 2025 for the reason(s) indicated below.

☑ Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑ Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 2, 2025
JAN: wdr

Jeanne Naughton
Clerk